U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    NOV  3 2003

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

ZANDRA MCCOY, INDIVIDUALLY
AND AS NATURAL TUTRIX OF
CHARDON MCCOY

CASE NO.: __03-3014__

VERSUS

SECTION: __SECT. F MAG. 4__

SHERIFF ED LAYRISSON,
TANGIPAHOA PARISH SHERIFF
OFFICE, DEPUTY JOSEPH PHILLIPS,
AMITE CITY POLICE DEPARTMENT,
CHIEF PARKER GABRIEL, OFFICER
BOBBY PHARES, OFFICER CLINT
BAHAM, OFFICER THOMAS EVANS,
ABC INSURANCE COMPANY, MAYOR
REGINALD GOLDSBY, ALDERMEN
MILTON BELL, ~~WALTER DANIELS,~~ *Jonathan Foster*
SAMUEL HYDE, SR., V. J. ADAMS,
WALTER DANIELS, III,  CARL GAINES,
JR., & CARL D. GAINES WRECKER
SERVICE, L. L. C.

---

Comes now into Court *in proper person* Plaintiff, Zandra M. McCoy, to seek redress for the violation of her Constitutional privileges and the protections afforded to her and her daughter Chardon McCoy that were violated by the defendants in the their individual and official capacities. Plaintiff avers that:

___ Fee _Pauper_
___ Process _CtRm Dep_
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. 1

1.

The complaint of Plaintiff, Zandra M. McCoy, a person of full age and majority , a resident and domiciliary of the Parish of Tangipahoa, State of Louisiana, and a citizen of the United States of America, brings this action for damages on her behalf and the behalf of her daughter Chardon McCoy pursuant to 42 U. S. C. Sections 1983, 1985 and 1986 for the deprivation of rights, secured to Plaintiff by the Constitution of the United States, including the Fourth, Fifth and Fourteenth Amendments of the United States Constitution, and statutes of the State of Louisiana, under the color of state law;

2.

Jurisdiction is vested in this Court by 28 U. S. C. Section 1331 and/or 1343;

3.

This action comes within one year of the last act and/or omission of the defendants in a continuing series of illegal conduct against Plaintiff from January 11, 2002, May 12, 2002 to their failure to appear in court against Plaintiff on October 28, 2002 and the accrual of towing charges and storage fees by Defendants Carl Gaines, Jr. and Carl D. Gaines Wrecking Service L. L. C. for all times relevant during the period in question (See Exhibit #1);

4.

Upon information and belief Sheriff Ed Layrisson is the duly elected Sheriff of Tangipahoa Parish, and as such, is the individual responsible for all customs, policies and practices of the Tangipahoa Parish Sheriff Office;

5.

Upon information and belief Deputy Joseph Phillips was/is duly commissioned and appointed deputy for the Sheriff Office of Tangipahoa Parish, State of Louisiana;

6.

Upon information and belief, Parker Gabriel is the duly elected and commissioned Police Chief of the City of Amite, Louisiana, and as such, is the individual responsible for all customs, policies and practices of the Amite City Police Department;

7.

Upon information and belief, Police Officer Clint Baham is a duly commissioned and appointed police officer of the Amite City Police Department;

8.

Upon information and belief, at all times relevant, Officer Thomas Evans was a duly commissioned and appointed police officer of the Amite City Police Department;

3

9.

Upon information and belief, Police Officer Bobby Phares is a duly commissioned and appointed police officer of the Amite City Police Department;

10.

The Tangipahoa Parish Sheriff Office is a duly established entity of the Parish of Tangipahoa which Parish is an entity capable of suing and being sued and is responsible for the actions of Defendants Sheriff Ed Layrisson and Deputy Joseph Phillips by virtue of the doctrine of respondeat superior;

11.

The Amite City Police Department is a duly established entity of the City of Amite, which city is an entity capable of suing and being sued and is responsible for the actions of Defendants Police Chief Parker Gabriel, Officer Clint Baham and Officer Bobby Phares by virtue of the doctrine of respondeat superior;

12.

The Defendants Mayor Reginald Goldsby, Aldermen Walter Daniels, III, Jonathan Foster, Milton Bel, V. J. Adams, and Samuel C. Hyde in their individual and or official capacities have established a legal relationship

with Defendants Police Chief Parker Gabriel and the Amite City Police Department by approving the hiring of the personnel of the Amite City Police Department and by paying the salaries of the employees of the Amite City Police Department;

13.

Defendants Carl Gaines, Jr. and Carl D. Gaines Wrecker Service, L. L. C. serve as agents of Defendants Tangipahoa Parish Sheriff Office and/or Amite City Police Department to tow vehicles and perform other services for said Defendants when called or otherwise notified;

**First Cause of Action**

14.

Plaintiff, Zandra M. McCoy, lives on McCoy Lane, a short street off of Bennett Road in Tangipahoa Parish, outside of the Amite City limits;

15.

On Friday January 11, 2002 at 10:35 P.M. Plaintiff was traveling on McCoy Lane after dropping her daughter Chardon McCoy off at a relative's house after a basketball game;

5

16.

Plaintiff passed through the parking lot of Mr. J's Lounge to return to Bennett Road on her way to get some food at Sonic's Drive Inn in the City of Amite;

17.

The barroom traffic blocked the entrance to Bennett Road requiring Plaintiff to have to accelerated in loose gravel to get around it. This maneuver skidded some of the loose gravel;

18.

The dust from the gravel attracted the attention of several police units who were watching the barroom for the departure of those under the influence of alcohol;

19.

Amite City Police and Tangipahoa Parish police units followed Plaintiff the distance of Bennett Road South to the intersection of Highway 16, where she turned left to go into the city limit of Amite to procure food;

20.

Six city and parish police cars followed Plaintiff onto Highway 16 without turning on their sirens;

21.

In the vicinity of the McDonald's, a police unit turned on its red and blues emergency lights at which time Plaintiff pulled over to the right side of the highway;

22.

Deputy Joseph Phillips accused Plaintiff of drinking and driving and seized her by the hood of her sweatshirt and threw her against a Crown Victoria police car by violently twisting her arms;

23.

Plaintiff stated that she did not have a weapon when the white male policeman (Phillips) forced his hand down the front of her pants and fondled her in the area behind her panty line;

24.

When no weapon was found, six (6) male officers surrounded Plaintiff and searched Plaintiff's car without her permission;

25.

Plaintiff was too petrified to speak until she saw a black Amite City Policeman, Officer Clint Baham whom she asked, "Why are you letting them do this to me?"

26.

Officer Baham did not answer and joined the other policemen in their assault and battery on Plaintiff's person by grabbing her head and ramming it into the trunk of one of the police cars;

27.

Defendants called co-defendants Carl Gaines and Carl D. Gaines Wrecker Service to their location to tow Plaintiff's vehicle;

28.

Defendants then forced Plaintiff into a police vehicle and carried her to the Amite City Police station at 101 East Oak Street, and later remanded her to the custody of the Tangipahoa Parish Sheriff at the parish jail;

29.

Defendant Joseph Phillips issued Plaintiff summons #5421494 on the false catch all citation of *Reckless Operation*;

30.

Plaintiff appeared in the Amite City Court on March 31, 2002, where the charge was summarily dismissed because the arresting officers did not appear in court;

## Second Cause of Action

31.

On May 12, 2002, Mother's Day, at about 2200 hours, Plaintiff was accompanied by her daughter Chardon McCoy, a minor 15 years of age;

32.

Plaintiff pulled from the Race Trac gas station on Highway 16 West and drove west bound on Highway 16 for her home on McCoy Lane off Bennett Road;

33.

Amite City Police officer Thomas Evans recognized Plaintiff's 1994 Dodge Shadow in traffic and pulled her over again in the vicinity of the previous incident;

34.

Defendant Thomas Evans' remarks "Didn't they stop you the last time?" suggesting that he had prior knowledge of the previous incident involving Plaintiff and her efforts to seek legal redress;

35.

Defendant's comment made Plaintiff reprehensible and fearful of retaliation because of the conduct of the police officers on January 11, 2002;

36.

Defendant Thomas Evans summoned Tangipahoa Parish and other Amite City Police units to his location, whereupon Plaintiff was handcuffed and arrested;

37.

Plaintiff's minor daughter, Chardon McCoy, called a family friend to come get her and called her grand mother Vernia McCoy to find out what other actions to take;

38.

Plaintiff's Mother instructed the minor to gather her personal effects and the house keys off the car key ring. When she attempted to do this the Amite City police officer Bobby Phares punched the minor female child in the mouth;

39.

An unnamed deputy with the Tangipahoa Parish Sheriff Office then sprayed mace and/or pepper spray in the minor child's eyes;

40.

The Amite City Police hauled the fifteen year old child in to the Amite Police station on the false charge than she had disobeyed a police

officer, although the minor obeyed each and every instruction of the officers who punched and maced her;

## Third Cause of Action

41.

Defendants again summoned co-conspirators Carl Gaines and Carl D. Gaines Wrecker Service L. L. C. to the scene and directed them to tow Plaintiff's vehicle, a 1994 Dodge Shadow to their garage;

42.

Defendants Thomas Evans, Amite City Police, Tangipahoa Parish Sheriff Office did maliciously and falsely charge Plaintiff with felony *Battery upon a police officer* (Receipt No. 707265);

43.

Defendants failed to appear in court on October 28, 2002 to face Plaintiff on the false felony charge of *battery on a police officer*;

44.

The actions of the defendants, acting under the color of state law, deprived Plaintiff, Zandra McCoy and her minor child Chardon McCoy, of their rights, privileges and immunities under the laws of the Constitution of the United States; in particular but not limited to , the rights to be secure in

11

their person and property, the right to be free from malicious prosecution, and the right to due process;

45.

By these actions, defendants have deprived plaintiffs of rights secured by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution, and in violation of 42 U. S. C. §§§1983, 1985 and 1986;

46.

Plaintiff avers that the actions and inactions of the defendants were deliberate, grossly negligent, reckless, wanton, deliberately indifferent, malicious use, and egregious abuse of their official power so much so as to shock the conscience and exceed the ordinary bounds of acceptable behavior by those who are sworn to protect the public from such treatment;

**Pendant State Claims**

47.

Plaintiff hereby reallege Paragraphs 1 through 44 of this complaint as though fully set forth in this section;

48.

The acts, omissions and conduct of the defendants constitute state causes of action, including, but not limited to, battery, false arrest, false

12

imprisonment, defamation of character, malicious prosecution, intentional infliction of emotional distress, outrageous conduct, invasion of privacy, negligence, gross negligence, negligent supervision, unlawful search, and conspiracy, all of which are actionable under the laws and Constitution of the State o Louisiana;

49.

This court has pendant/supplemental jurisdiction to hear and adjudicate said state law claims;

50.

Plaintiff asserts the doctrine of respondeat superior as to Sheriff Ed Layrisson, Police Chief Parker Gabriel, Mayor Reginald Goldsby, and the members of the Amite City Council with respect to the state law claims;

**Relief requested**

**WHEREFORE,** Zandra M. McCoy, individually and as the natural tutrix of Chardon McCoy, request the following relief jointly and severally against all defendants in both their individual and official capacities, with judicial interest from date of the judicial demand, in an amount reasonable in these premises:

A.    Compensatory damages;

B.    Punitive damages;

C.    Reasonable court costs;

D.    Medical costs; and,

E.    Such other relief as appears reasonable and just.

Respectfully Submitted by:

*Zandra M c Coy*

Zandra M. McCoy
Plaintiff
*In Proper Person*
606 South Third Street
Amite, Louisiana 70422
(985) 748-4394

14

## FOR SERVICE OF PROCESS

Service of process for the named and unnamed defendants may be executed at the following addresses:

1.    Sheriff Ed Layrisson—Courthouse Building—Amite, LA 70422;

2.    Tangipahoa Parish Sheriff Office (same as above);

3.    Deputy Joseph Phillips—C/O Tangipahoa Parish Sheriff Office Courthouse Building—Amite, LA 70422;

4.    Amite City Police Department—101 East Oak St.—Amite, LA 70422;

5.    Chief Parker Gabriel—101 East Oak St.—Amite, LA 70422;

6.    Officer Bobby Phares—101 East Oak St.—Amite, LA 70422;

7.    Officer Thomas Evans—C/O Amite City Police Department—101 East Oak St.—Amite, LA 70422;

8.    Officer Clint Baham—101 East Oak St.—Amite, LA 70422;

9.    The City of Amite, Louisiana—212 E. Oak St.—Amite, LA 70422;

10.    Mayor Reginald Goldsby—212 East Oak St.—Amite, LA 70422;

11.    ABC Insurance Company—212 East Oak St.—Amite, LA 70422;

12.    Alderman Milton Bel—212 East Oak St.—Amite, LA 70422;

13.    Alderman Walter Daniels, III—212 East Oak St.—Amite, LA 70422;

14.    Alderman Jonathan Foster—212 East Oak St.—Amite, LA 70422;

15.    Alderman V. J. Adams—212 East Oak St.—Amite, LA 70422;

16.    Alderman Samuel C. Hyde—212 East Oak St.—Amite, LA 70422;

17.    Carl Gaines, Jr.—12330 Louisiana Avenue—Roseland, LA 70456;

18.    Gaines Wrecker Service—12330 LA Avenue—Roseland, LA 70456

_Zandra McCoy_
Zandra M. McCoy

# PARDUE LAW FIRM

(A Law Corporation)
23950 COATS ROAD
SPRINGFIELD, LOUISIANA 70462

PHONE: (225)294-2120
FAX: (225)294-4002

DeVan Pardue

July 8, 2002

Zandra McCoy
606 South Third Street
Amite, LA 70422

Re:    State of Louisiana vs. Zandra McCoy

Dear Ms. McCoy:

Please be advised that your court date in the above matter is set for trial on Monday, October 28, 2002 at 9:00 a.m. in Amite, LA.  You will need to be present in court on that date.

If you should have any questions, please give me a call.

Sincerely,

DeVan Pardue/mws

DP/mws
enclosure

*Exhibit #1*

JOHN J. DAHMER
Tangipahoa Parish Clerk of Court
Criminal Section
P. O. Box 667
Amite, Louisiana   70422

13:23:25   7/08/02


DEFENDANT:   ZANDRA MCCOY
             606 S THIRD STREET
             AMITE              LA      7-0422


RE: DOCKET NUMBER      100868
    STATE OF LOUISIANA VS   ZANDRA MCCOY


PLEASE TAKE NOTICE:

TRIAL HAS BEEN SET FOR 10/28/02 AT 9:00.

PLEASE MAKE ARRANGEMENTS TO BE PRESENT IN COURT
ON THAT DATE AND AT THAT TIME.


                    THANK YOU.

                    JOHN D. DAHMER
                    Clerk of Court

AO 240 (EDLA 12/98)                                                                PAGE 1

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ZANDRA McCOY, Individually And AS
NATURAL TUTRIX OF CHARDON McCoy

v.

Sheriff Ed Layrisson, Tangipahoa Parish
Sheriff Office, Deputy Joseph phillips,
Amite City police Dept., Chief Parker Gabriel,
LT. Bobby Phares, Officers Clint Baham & thomas Evans,
Mayor Reginald Goldsby, Amite City Councilmen, C. Gaines wrecker Service

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

**CASE NUMBER:**

I, Zandra M. McCoy _____, declare that I am the (check appropriate box):

☑ petitioner/plaintiff/movant          ☐ other

in the above-styled and -numbered proceeding, and that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint, petition, or motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?                    ☐ Yes    ☑ No    (If "No," go to Question 2)

   If "Yes," state the place of your incarceration: _____

   Are you employed at your place of incarceration?    ☐ Yes    ☐ No

   Do you receive any payment from your place of incarceration?    ☐ Yes    ☐ No

   Have your place of incarceration complete the *CERTIFICATE* portion of this affidavit and attach a ledger sheet from that institution and all others showing at least **the past six month's** transactions

2. Are you currently employed?                    ☐ Yes    ☑ No

   a. If your answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer

      $_____ salary or wages per _____

      Employer's name and address:

   b. If your answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your employer.

      $_____ salary or wages per _____

      Employer's name and address   Tangipahoa Parish School Bd
      P.O. Box 457  Amite, LA 70422

      last date of Employm. Mar. 17, 03
      Pay $50.00 per day

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession, or other self-employment    ☐ Yes    ☑ No
   b. Rent payments, interest, or dividends              ☐ Yes    ☑ No
   c. Pensions, annuities, or life insurance payments    ☐ Yes    ☑ No
   d. Disability or workers compensation payments        ☐ Yes    ☑ No
   e. Gifts or inheritances                              ☐ Yes    ☑ No
   f. Any other source                                   ☑ Yes    ☐ No

If the answer to any item in Question 3 is "Yes," describe each source of money and state the amount received **and** what you expect you will continue to receive  *Child Support $237.00*

4   Do you have **any** cash or **any** checking or savings accounts?  ☐ Yes    ☑ No  If "Yes," state the total amount: $_____

5   Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes    ☑ No

   If "Yes," describe the property and state its value:

6.   List the persons who are dependent on you for support, state your relationship to each person, and state how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|
| *Chardon Mccoy* | *daughter* | *100 %* |

I declare under penalty of perjury that the foregoing information is true and correct.

*10 - 27 - 03*
_____
Date

*Zandra McCoy*
_____
Signature of Applicant

## AFFIDAVIT OR DECLARATION IN SUPPORT OF MOTION FOR
## LEAVE TO PROCEED *IN FORMA PAUPERIS*

I,  ZANDRA M. MCCOY, am the petitioner in the above-entitled case.  In support of my motion to proceed *in forma pauperis,* I state that because of my poverty I am unable to pay the costs of this case or to give security therefor;  and I believe I am entitled to redress.

1.  Estimated the average amount of money you received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.  Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount The past 12 months | Amount expected next month |
|---|---|---|
| | You | You . |
| Employment | $ N/A | $ N/A |
| Self-employment | $120.00 | $120.00 |
| Income from real Property (such as rental Income) | N/A | N/A |
| Interest and dividends | N/A | N/A |
| Gifts | $100.00 | $100.00 |

| | | |
|---|---|---|
| Alimony | N/A | N/A |
| Child Support | $237.00 | $237.00 |
| Retirement (such as Social security, Pensions, annuities, Insurance) | N/A | N/A |
| Disability (such as Social security, Insurance payments) | N/A | N/A |
| Unemployment Payments | N/A | N/A |
| Public-assistance (such as welfare) | $289.00 | $289.00 |
| Other (personal loans) | $150.00 | $150.00 |
| **Total monthly income** | $896.00 | $896.00 |

2. List your employment history for the past two years, most recent first (Gross monthly pay is before taxes or other deductions).

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| Tangipahoa Parish School Bd. | P. O. Box 457 Amite, LA 70422 | 8-13-01—3-17-03 | varied for substitutes pay |

3. List your spouse's employment history for the past two years, most recent employer first (Gross monthly pay is before taxes or other

2

deductions).   This does not apply to me because I am **single** and do not have a spouse.

4.   How much cash do you have?   $<u>10.00</u>

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of Account | Amount you have |
|---|---|---|
| N/A | N/A | N/A |

5.   List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

[ ]   Home                                              [ ]   Other real estate

Value _____                                   Value _____

[ ]   Motor Vehicle #1                              [ ]   Motor Vehicle #2

Year, make & model                              Year, make & model

Value $_____                                  Value _____

[ ]   Other assets

Description _____

Value _____

6.   State every person business, or organization owing you money and the amount owed.

| **Person owing you money** | **Amount owed to you** |
|---|---|

7.    State the person(s) who rely on you for support.

| **Name** | **Relationship** | **Age** |
|---|---|---|
| Chardon McCoy | daughter | 16 |

8.    Estimate the average monthly expenses of you and your family. Adjust any payments that are made weekly, biweekly, quarterly, or annually to show the monthly rate.

|  | **You** |
|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $_____ |

| | |
|---|---|
| Are real estate taxes included? | [no] |
| Is property insurance included? | [no] |

| | |
|---|---|
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $180.00 |
| Home maintenance (repairs and upkeep) | $50.00 |
| Food | $289.00 |

| | |
|---|---|
| Clothing | $250.00 |
| Laundry and dry-cleaning | $75.00 |
| Medical and dental expenses | N/A |
| Transportation (not including motor vehicle payments) | $50.00 |
| Recreation, entertainment, newspapers, magazines, etc. | N/A |

Insurance (not deducted from wages or included in mortgage payments)

| | |
|---|---|
| Homeowner's or renter's | N/A |
| Life | N/A |
| Health | N/A |
| Motor Vehicle | N/A |
| Other: Cost of legal supplies, postage, copies | $100.00 |

Taxes  (not deducted from wages or included in mortgage payments)

| | |
|---|---|
| (specify):    Sales taxes (10%) | $75.00 |

Installment payments

| | |
|---|---|
| Motor Vehicle | N/A |
| Credit card(s) | N/A |
| Department store(s) | N/A |
| Other: personal loans | $50.00 |
| Alimony, maintenance, and support paid to others | N/A |

Regular expenses for operation of business, profession,

Or farm (attach detailed statement)                    N/A

Other (specify-religious)                              N/A

**Total monthly expenses**                            $869.00

9.    Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

      [ ] Yes     [X] No      If yes, describe on an attached sheet.

10.   Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form? [X] Yes     [ ] No

      If yes, state the attorney's name, address, and telephone number:

      **DeVan Pardue—23950 Coats Road—Springfield, LA 70462 (225) 294-2120**

11.   Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or typist) any money for services in connection with this case, including the completion of this form?

      [X] Yes     [ ] No

      If yes, how much? $200.00

**12.**   Provide any other information that will help explain why you cannot pay the costs of this case:  None

I declare under penalty of perjure that the foregoing is true and correct.

Executed on:  <u>Oct. 27, 2003</u>.

<u>Zandra McCoy</u>
Zandra McCoy